# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scullin, Frederick J. | US District Court (NDNY) | 04/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Senior Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

PO Box 7255
100 S. Clinton St.
Syracuse, NY 13261

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2020 | NYS & Local employees retirement system --lifetime |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | NYS & local employees retirement system-lifetime | $7,710.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mass Mutual | policy loan | K |
| 2. Mass Mutual | policy loan | J |
| 3. Mass Mutual | policy loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. Blackrock Global Allocation Fund Inc. | A | Dividend | J | T | | | | | |
| 3. Lord Abbett Fundamental Equity Fund Class A | A | Dividend | L | T | | | | | |
| 4. DWS NY Tax Free Income Fund Class C | A | Int./Div. | J | T | | | | | |
| 5. IShares Gold Trust | | None | K | T | | | | | |
| 6. BROKERAGE ACCOUNT #2 IRA (H) | | | | | | | | | |
| 7. Key Bank-cash,, money markets, FDIC deposits | A | Interest | J | T | | | | | |
| 8. The Merger Fund Investor Class | A | Dividend | J | T | | | | | |
| 9. Pimco All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 10. Pimco Income Fund Class A | A | Dividend | J | T | | | | | |
| 11. Invesco Exchange-Traded FD | A | Dividend | J | T | | | | | |
| 12. BROKERAGE ACCOUNT #3 IRA (H) | | | | | | | | | |
| 13. Key Bank-cash, money markets, FDIC deposits | A | Interest | J | T | | | | | |
| 14. The Merger Fund Investor Class | A | Dividend | J | T | | | | | |
| 15. Pimco All Asset All AuthorityFund | A | Dividend | J | T | | | | | |
| 16. Pimco Income Fund Class A | A | Dividend | J | T | | | | | |
| 17. Invesco Exchange-Traded FD | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scullin, Frederick J.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. BROKERAGE ACCOUNT #4 IRA (H) | | | | | | | | | |
| 19. Key Bank-cash, money markets, FDIC deposits | A | Int./Div. | J | T | | | | | |
| 20. Russell US Strategic Equity Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 21. Russell Emerging Markets Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 22. Russell Global Real Estate Securities Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 23. Russell Opportunistic Credit Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 24. Russell Commodity Strategies Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 25. Russell Strategic Bond Fund | A | Dividend | | | Sold | 08/25/20 | K | A | |
| 26. Russell International Developed Markets Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 27. Russell US Small Cap Equity Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 28. Russell Multi Asset Growth Strategy Fund | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 29. Vanguard Bd Index Fds-LT Bd ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 30. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 31. Vanguard Bd Index Fds-Intermediate term ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 32. Vanguard Bd Index Fds-Short term Bd ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 33. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 34. Vanguard Intl Fund--FTSE Developed mkts ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 36. Vanguard Charlotte Fd.-Total int'l Bd ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 37. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 38. Vanguard Intl Equity Index Fts-FTSE<br>emerging Markets ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 39. | | | | | Sold<br>(part) | 10/23/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 41. Vanguard Scottsdale Fd-Mtg Backed Secs<br>ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 42. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 43. Vanguard Index Fds-Vanguard Growth ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 44. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 45. Vanguard Index Fds-Vanguard Value ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 46. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 47. Vanguard Index Fds- Vanguard small cap<br>ETF | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 48. | | | | | Sold<br>(part) | 10/23/20 | J | A | |
| 49. BROKERAGE ACCOUNT #5 (H)-<br>Brighthouse Shield Level Annuity | | | | | | | | | |
| 50. S&P 500 index step rate | | None | J | T | Buy | 09/17/20 | J | | |
| 51. MSCI EAFE Index | | None | J | T | Buy | 09/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Russell 200 Index | | None | J | T | Buy | 09/17/20 | J | | |
| 53. S&P 500 Index | | None | K | T | Buy | 09/17/20 | K | | |
| 54. INSURANCE POLICIES (H) | | | | | | | | | |
| 55. Mass Mutual | C | Dividend | L | V | | | | | |
| 56. Mass Mutual | B | Dividend | K | V | | | | | |
| 57. Mass Mutual | A | Dividend | J | V | | | | | |
| 58. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, lines 55, 56 and 57, column C2,-Value Method-Other-cash surrender values pursuant to insurance company contracts

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/22/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick J. Scullin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544